AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**Fredy HERNANDEZ-LOPEZ**<br>**a/k/a Freddy HERNANDEZ**<br><br>*Defendant* | Case No. 25-MJ- 131 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 26, 2025, in the County of Erie, in the Western District of New York, the defendant, Fredy HERNANDEZ-LOPEZ, an alien, did knowingly commit the offense of possession of a forged, counterfeit, altered, and falsely made United States of America Permanent Resident Card in violation of Title 18, United States Code, Section 1546(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

DANIEL A. WHITTEN
ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION
*Printed name and title*

Sworn to before me and signed telephonically.

Date: August 26, 2025

*H. Kenneth Schroeder, Jr.*
*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTRY OF ERIE       )    SS:
CITY OF BUFFALO       )

Daniel A. Whitten, being duly sworn deposes and states:

1. I am an Enforcement Officer with United States Customs and Border Protection ("CBP"), within the Department of Homeland Security ("DHS"), and have been so employed for the past 16 years. Prior to that, I was employed by the same Agency, in a similar capacity, for 5 years. In such capacity, my duties include investigating individuals suspected of violating Federal immigration laws and other related Federal statutes and crimes.

2. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 18, United States Code, Section 1546(a).

3. I make this affidavit in support of the annexed criminal complaint charging Fredy HERNANDEZ-LOPEZ, a.k.a Freddy HERNANDEZ, hereinafter referred to as the "Defendant," an alien, not a citizen or national of the United States, born in 2006, in Mexico, with knowingly possessing a forged, counterfeit, altered, or falsely made United States of America Permanent Resident Card, which is prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

4.	The statement contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provide to by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the Defendant did knowingly violate Title 18, United States Code, Section 1546(a).

## PROBABLE CAUSE

5.	At approximately 05:24 a.m. on August 26, 2025, at the Peace Bridge Port of Entry in Buffalo, New York, in the Western District of New York, officers of U.S. Customs and Border Protection encountered the Defendant. The Defendant was a passenger in a Maryland plated vehicle that made a wrong turn onto the Bridge, coming from the United States. The Defendant was not in possession of an identity document and was escorted to secondary to determine his immigration status in the United States.

6.	CBP Officer S. Przepasniak commenced the secondary inspection and conducted an electronic search of the Defendant's fingerprints in FBI and immigration databases to verify his identity and any immigration history he may have in the United States. Prior to   conducting the fingerprint search, Officer Przepasniak searched the subject and noticed the Defendant had a wallet in his back, right pants pocket. Officer Przepasniak removed the wallet and discovered, inside the wallet, what appeared to be a United States Permanent Resident Card, bearing the name "Freddy HERNANDEZ", with a date of birth

listed as June 17, 2001, a photo resembling the Defendant, and Alien number 782-025-170 on the card. Also found within the wallet was what appeared to be a United States Social Security Card, bearing the name "Freddy HERNANDEZ", and contained the following number, 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. Officer Przepasniak then conducted an electronic search of the Defendant's fingerprints, which revealed that the Defendant has not been encountered by the Department of Homeland Security, as it relates to immigration related matters. Officer A. Leo continued the secondary inspection of the Defendant. During that processing, the Defendant admitted that he paid someone he knew, $250 dollars to make the United States Permanent Resident Card for him, in order to work in the United States.

7.  Your affiant conducted electronic database queries, using biographical data contained on the United States Permanent Resident Card, that was found in the Defendant's possession. No records were discovered as it relates to the name, or alien number listed on the United States Permanent Resident Card. There were no electronic records found that would indicate that the United States Permanent Resident Card, found in the Defendant's possession, was produced by the United States Government. Upon reviewing the physical characteristics of the United States Permanent Resident Card, found in the Defendant's possession, and after reviewing electronic databases it appears, based on my training and experience, to be a counterfeited card. Additional electronic data base queries were conducted, using the Defendant's true biographical data. Those queries failed to show that the Defendant has any lawful immigration status in the United States and that the Defendant was never granted a Lawful Permanent Resident Card.

3

WHEREFORE, I respectfully submit the foregoing facts to establish probable cause to believe that on August 26, 2025, Fredy HERNANDEZ-LOPEZ, an alien, did knowingly possess a forged, counterfeit, altered, or falsely made United States of America Permanent Resident Card, which is prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States , in violation of Title 18, United States Code, Section 1546(a).

_____
DANIEL A. WHITTEN
Enforcement Officer
U.S. Customs and Border Protection

Sworn to and subscribed telephonically before me on this 26th day of August 2025.

_H. Kenneth Schroeder, Jr._
HON. H. KENNETH SCHROEDER JR.
United States Magistrate Judge

4